Mary Rabideau, appellant, v. Leander Rabideau and The First National Bank of Clifton, Illinois, appellees. Gen. No. 8,207.

Heard in this court at the May term, 1930. Opinion filed September 2, 1930.

Free P. Morris and Roscoe C. South, for appellant. John P. Pallissard and C. G. Hirschi, for appellees.

Mr. Presiding Justice Jett delivered the opinion of the court.